**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| PBS COALS, INC. AND PENN POCAHONTAS COAL, CO., | : | No. 126 WAL 2019 |
| | : | |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

AND NOW, this 24th day of September, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by petitioner, are:

1. Did the Commonwealth Court err in determining that the Coal companies had substantially deprived of the beneficial use and enjoyment of their mineral rights as a direct and immediate consequence of PennDOT's actions?

2. Does the Commonwealth Court's decision conflict with the plain language of Sections 502(c)(2) of the Eminent Domain Code, because it precludes the trial court from determining the extent and nature of a taking?

3. Did the Commonwealth Court err in remanding the matter to the trial court for determination of the extent and the date of the taking pursuant to Section 502(c)(2) of the Code, only?